JOHNSON & JOHNSON VISION CARE, INC., Plaintiff–Appellant,

v.

CIBA VISION CORPORATION, Defendant–Appellee.

No. 2010–1388.

United States Court of Appeals, Federal Circuit.

Nov. 18, 2010.

ON MOTION

ORDER

Johnson & Johnson Vision Care, Inc. submits a response to this court's September 9, 2010 order requesting dismissal of its appeal, 2010–1388. The parties move to lift the stay of briefing in 2010–1372.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Appeal 2010–1388 is dismissed. Each side shall bear its own costs in 2010–1388. The revised official caption is reflected above.

(2) The joint motion to lift the stay of briefing in 2010–1372 is granted. Johnson & Johnson's brief is due November 22, 2010. The appellant's reply brief is due December 23, 2010.

(3) Any other pending motions are denied as moot.